<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2340**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ISAAC LEE WOODS; REGINA BAILEY WOODS; ELLA R. WOODS,

Defendants – Appellants,

and

UNLIMITED FINANCIAL RESOURCES,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. W. Earl Britt, Senior District Judge. (5:07-cv-00187-BR)

_____

Submitted: April 4, 2011          Decided: April 22, 2011

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Isaac Lee Woods, Regina Bailey Woods, Ella R. Woods, Appellants Pro Se. S. Katherine Burnette, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Lee Woods, Regina Bailey Woods and Ella R. Woods appeal the district court's order denying their motion filed under Fed. R. Civ. P. 60(b)(4). We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. See United States v. Woods, No. 5:07-cv-00187-BR (E.D.N.C. Sept. 27, 2010). We deny the Woods' motion for summary disposition. We also deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED